UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **TIMOTHY BROOKS**, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**V.F. CORPORATION** and **VF OUTDOOR, LLC** doing business as: **VANS**,<br><br>Defendants. | No. 2:26-cv-02440-JNW<br><br>Honorable Judge Jamal N. Whitehead<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS OR AMEND THE COMPLAINT<br><br><u>Noting Date</u><br>Tuesday, September 22, 2026 |

**<u>ORDER</u>**

PURSUANT TO the stipulated motion for an extension for Plaintiff Timothy Brooks' deadline to respond to Defendants' Motion to Dismiss Plaintiff's Class Action Complaint, ECF 23, or file an Amended Complaint, as filed on September 22, 2026, Plaintiff Timothy Brooks' deadline to respond or file an amended complaint is extended to October 5, 2026. As set forth in the parties' motion, the extension of time does not constitute a waiver of any rights, defenses, or arguments regarding the pleadings.



STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

IT IS SO ORDERED.

DATED this 23rd day of September, 2026.

THE HONORABLE JAMAL N. WHITEHEAD
United States Judge

Presented by:

*/s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA No. 46971
Raina C. Borrelli *(pro hac vice)*
Brittany Resch *(pro hac vice)*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com
bresch@straussborrelli.com060

*Counsel for Plaintiff*
*and the Putative Class*

Rossi F. Maddalena, WSBA No. 39351
**MERRICK, HOFSTEDT & LINDSEY, P.S.**
3101 Western Avenue, Suite 200
Seattle, WA 98121
Tel. (206) 682-0610
rmaddalena@mhlseattle.com

Ana Tagvoryan *(admitted pro hac vice)*
**MANATT, PHELPS & PHILLIPS, LLP**
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Tel: (310) 312-4000
Fax: (310) 312-4224

*Attorneys for Defendants V.F. CORPORATION*
*and VF OUTDOOR, LLC doing business as VANS*

**CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, hereby certify that on September 22, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 22nd day of September, 2026.

Respectfully submitted,

*/s/ Samuel J. Strauss*

Samuel J. Strauss WSBA No. 46971
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com